1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

PAUL HERRON, JR.,

     Plaintiff,

vs.

SMITH & NEPHEW, INC., and Does 1 to 100,

     Defendants.

Case No.:  2:12-CV-03052-LKK-KJN

**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR PARTIES TO EXCHANGE EXPERT LISTS AND EXPERT DISCLOSURES AND DISCOVERY**

Good cause having been shown, the Joint Motion to continue the deadline for the parties to exchange expert reports, the deadline for hearing motions to compel, and the discovery cut-off, by ninety (90) days, and the deadline for law and motions cut-off by sixty (60) days is granted.

The new dates are as follows:

a) Deadline for disclosure of experts and exchange of

    expert reports:                                March 14, 2014

b) Deadline for motions to compel to be heard:      May 15, 2014

c) Discovery cut-off:                            June 16, 2014

1       d)  Law and motions completed by:                          July 14, 2014

2

3       **IT IS SO ORDERED.**

4

5   Dated:  December 12, 2013

6

7

8                                          _____
                                           LAWRENCE K. KARLTON
9                                          SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR PARTIES TO
EXCHANGE EXPERT LISTS AND EXPERT DISCLOSURES AND DISCOVERY**