UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL HERRON, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>SMITH & NEPHEW, INC., and Does 1 to 100,<br><br>　　　　Defendants. | Case No.:  2:12-CV-03052-LKK-KJN<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR PARTIES TO EXCHANGE EXPERT LISTS AND EXPERT DISCLOSURES AND DISCOVERY** |

　　　　Good cause having been shown, the Joint Motion to continue the deadline for the parties to exchange expert reports, the deadline for hearing motions to compel, and the discovery cut-off, by ninety (90) days, and the deadline for law and motions cut-off by sixty (60) days is granted.

　　　　The new dates are as follows:

　　　　a)　Deadline for disclosure of experts and exchange of

　　　　　　expert reports:　　　　　　　　　　　　　　　　　　　　　　　March 14, 2014

　　　　b)　Deadline for motions to compel to be heard:　　　　　May 15, 2014

　　　　c)　Discovery cut-off:　　　　　　　　　　　　　　　　　　　　　June 16, 2014

1

1     d) Law and motions completed by:                    July 14, 2014

3   **IT IS SO ORDERED.**

5 Dated: December 12, 2013

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR PARTIES TO EXCHANGE EXPERT LISTS AND EXPERT DISCLOSURES AND DISCOVERY**