UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HERRON, JR., | No. CIV. S-12-3052 LKK/KJN |
| Plaintiff, | |
| v. | **ORDER** |
| SMITH & NEPHEW, INC.; DOES 1 to 60, inclusive, | |
| Defendants. | |

Defendant Smith & Nephew, Inc. has noticed a motion to dismiss for January 13, 2014.  ECF No. 19.  Plaintiff, who is represented by R. Parker White of Poswall, White & Cutler, has not filed any opposition or Statement of Non-opposition.

Accordingly, the court ORDERS as follows:

    1.   Counsel for plaintiff is ORDERED TO SHOW CAUSE in writing why he should not be sanctioned in accordance with Local Rule 110, including a fine of $150 and/or an order dismissing the lawsuit, for his failure to respond to the dismissal motion in a timely manner.  Counsel for plaintiff shall file his written response to this Order To Show Cause no later than January 9,

1

2014 at 4:30 p.m.

    2.    The hearing on the motion to dismiss is CONTINUED to Friday, January 31, 2014.

    3.    Plaintiff shall file an opposition or Statement of Non-opposition to defendant's dismissal motion no later than January 13, 2014 at 4:30 p.m.  Defendant shall file its reply, if any, no later than January 17, 2014 at 4:30 p.m.

IT IS SO ORDERED.

DATED:  January 7, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2