UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HERRON, JR., | No. CIV. S-12-3052 LKK/KJN |
| Plaintiff, | |
| v. | **ORDER** |
| SMITH & NEPHEW, INC.; DOES 1 to 60, inclusive, | |
| Defendants. | |

    Plaintiff's counsel has satisfactorily explained his failure to timely respond to defendant's dismissal motion and this court's Order To Show Cause.  Accordingly, the court orders as follows:

    (1)  The Order To Show Cause (ECF No. 21) is hereby **DISCHARGED**;

    (2)  Plaintiff, having indicated that he will not oppose the pending dismissal motion, shall file an amended complaint no later than January 28, 2014 at 4:30 p.m.  If no amended complaint is timely filed, this lawsuit will be dismissed for failure to prosecute, without further action by the court or any party; and

1

1         (3)   Defendant's motion to dismiss (ECF No. 19) is **DENIED**
2  without prejudice to its renewal after plaintiff amends his
3  complaint, and the hearing currently scheduled for January 31,
4  2014 is hereby **VACATED**.
5         IT IS SO ORDERED.
6         DATED:   January 15, 2014.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```