UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL HERRON, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>SMITH & NEPHEW, INC., and Does 1 to 100,<br><br>　　　　Defendants. | Case No.:  2:12-CV-03052-LKK-KJN<br><br>**ORDER RE: JOINT MOTION TO CONTINUE THE TRIAL DATE AND ALL RELATED DEADLINES** |

　　　The Joint Motion to Continue the Trial Date and all Related Deadlines, by ninety (90) days is DENIED, no good cause having been shown.  The court notes that it granted extensions of several deadlines just last month.

　　　**IT IS SO ORDERED.**

　　　Dated:  January 28, 2014.

　　　　　　　　　　　　　　　　　　　　　／s／ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1

ORDER GRANTING JOINT MOTION TO CONTINUE THE TRIAL DATE AND ALL RELATED DEADLINES