UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL HERRON, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br><br>SMITH & NEPHEW, INC., and Does 1 to 100,<br><br>        Defendants. | Case No.:  2:12-CV-03052-LKK-KJN<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES** |

The Joint Motion to Continue the Trial Date and all Related Deadlines, by sixty (60) days is granted, as modified.

The new dates are as follows:

| EVENT | DATE |
|---|---|
| Deadline for motions to compel to be heard | July 17, 2014 |
| Joint Brief re Status of Law & Motion before the Court, currently before the | July 31, 2014 |

1

**ORDER GRANTING JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES**

| | |
|---|---|
| Court, and likelihood of any further Motions | |
| Discovery cut-off | August 15, 2014 |
| Law & Motion Cut-Off | October 20, 2014 |
| Pre-Trial Conference | January 20, 2015 at 1:30 p.m. |
| Jury trial | April 21, 2015 at 10:30 a.m. |

**IT IS SO ORDERED.**

DATED: April 14, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT