R. Parker White, Esq.
rwhite@pwclawcorp.com
**POSWALL, WHITE & CUTLER**
1001 G St., Suite 301
Sacramento, CA 95814
Telephone:     (916) 449-1300
Facsimile:     (916) 449-1320

Attorneys for Plaintiff
PAUL HERRON JR.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PAUL HERRON, JR., | Case No.: 2:12-CV-03052-LKK-KJN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SMITH & NEPHEW, INC., and Does 1 to 100, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure Section 41(a), plaintiff PAUL HERRON, JR. and defendant SMITH & NEPHEW, INC., by and through their attorneys, hereby stipulate to voluntarily dismiss the entire above-captioned action as to all defendants and all causes of action with prejudice, with each side to bear its own costs, expenses and attorneys' fees.

Dated:  August 7, 2014                              **POSWALL, WHITE & CUTLER**

                                                    By_____/s/ R. Parker White____
                                                          R. Parker White
                                                          Attorney for Plaintiff Paul Herron

Dated:  August 7, 2014                    MORRIS POLICH & PURDY LLP

                                          By: */s/ John W. Shaw*
                                              John W. Shaw
                                              Litsa Georgantopoulos
                                              Attorneys for Defendant
                                              SMITH & NEPHEW, INC.

## ORDER

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on August 7, 2014, that Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  August 12, 2014

<br>

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2